JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LOPEZ,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN MARSHALL, Warden,<br><br>    Respondent. | Case No. CV 09-3431-JHN (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 5/5/10

HONORABLE JACQUELINE H. NGUYEN
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge